Theodore V.H. Mayer
William J. Beausoleil
Julia R. Zousmer
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ACTIONS | MDL NO. 1789<br>1:06-md-1789 (JFK) |

### NOTICE OF FILING SEPTEMBER 27, 2013 CORRESPONDENCE

PLEASE TAKE NOTICE that Counsel for Defendant Merck Sharp & Dohme Corp. ("Merck") in MDL 1789 files the attached correspondence from September 27, 2013, ("Exhibit A"), directed to the Honorable John F. Keenan.

DATED: New York, New York
September 27, 2013

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: ⎯⎯⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯
Theodore V.H. Mayer
William J. Beausoleil
Julia R. Zousmer
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*